### RAINBOW et al. v. YOUNG, Sheriff.

(Circuit Court of Appeals, Eighth Circuit. June 7, 1907.)

#### No. 2,583.

HABEAS CORPUS—MODE OF REVIEW—WRIT OF ERROR.

Under Rev. St. §§ 763, 764 [U. S. Comp. St. 1901, pp. 594, 595], authorizing an appeal from the final decision upon an application for a writ of habeas corpus or upon such writ when issued, a final order of the Circuit Court denying petitioner's application for discharge on a writ of habeas corpus cannot be reviewed by the Circuit Court of Appeals on a writ of error, but only on an appeal.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 25, Habeas Corpus, § 102.]

In Error to the Circuit Court of the United States for the District of Nebraska.

A. W. Lane, Asst. U. S. Atty. (Charles A. Goss, U. S. Atty., on the brief), for plaintiffs in error.

Thomas L. Sloan (W. E Whitcomb, on the brief), for defendant in error.

Before VAN DEVANTER and ADAMS, Circuit Judges, and RINER, District Judge.

VAN DEVANTER, Circuit Judge. By this writ of error Charles Green Rainbow, James Fisher, and Peter Decora challenge a final order of the Circuit Court denying their application for a discharge upon a writ of habeas corpus. Such an order is not subject to review upon writ of error, but only upon appeal (Rev. St. 763, 764; Act March 3, 1885, 23 St. 437 [U. S. Comp. St. 1901, pp. 594, 595]; In re Neagle, 135 U. S. 1, 42, 10 Sup. Ct. 658, 34 L. Ed. 55; In re Morrissey, 137 U. S. 157, 11 Sup. Ct. 57, 34 L. Ed. 644; Rice v. Ames, 180 U. S. 371, 21 Sup. Ct. 406, 45 L. Ed. 577; Fisher v. Baker, 203 U. S. 174, 182, 27 Sup. Ct. 135, 51 L. Ed. 142), and therefore we are not at liberty to consider the questions sought to be presented, although ably discussed by counsel.

The writ is accordingly dismissed.